# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SENTIUS INTERNATIONAL, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 19-1444-MN |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TRANSFERRING CASE TO NORTHERN DISTRICT OF CALIFORNIA

The parties, subject to the approval of the Court, hereby agree to transfer this action to the United States District Court for the Northern District of California.

Dated: January 20, 2020

FARNAN LLP

By: */s/ Brian E. Farnan*
　　Brian E. Farnan (#4089)
　　Michael J. Farnan (#5165)
　　919 N. Market Street, 12th Floor
　　Wilmington, DE 19801
　　Tel: (302) 777-0300
　　bfarnan@farnanlaw.com
　　mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
　　David E. Moore (#3983)
　　Bindu A. Palapura (#5370)
　　Tracey E. Timlin (#6469)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE 19801
　　Tel: (302) 984-6000
　　dmoore@potteranderson.com
　　bpalapura@potteranderson.com
　　ttimlin@potteranderson.com

*Attorneys for Defendant*

IT IS SO ORDERED this ___ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika